IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SYCLESTA KAY NICKERSON                                                    PLAINTIFF

V                                    NO. 3:04CV00293 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                   DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Opinion entered this date. This case is hereby reversed and remanded for action consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 5th day of October, 2005.

_____
UNITED STATES MAGISTRATE JUDGE